AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA )LaBar

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-mj-1823 |
| JASON BROWN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jason Brown                                                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:
From on or about March 17, 2022 to on or about November 3, 2022, in Philadelphia, in the Eastern District of Pennsylvania, the defendant JASON BROWN willfully engaged in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code, and aided and abetted such unlicensed dealing.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2.
I

Date:      11/15/2022                                        /s David R. Strawbridge
                                                              *Issuing officer's signature*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

City and state:    Philadelphia, Pennsylvania            U.S. Magistrate Judge David R. Strawbridge
                                                              *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 11/15/22 , and the person was arrested on *(date)* 11/16/22 | | |
| at *(city and state)* PA . | | |
| Date: 11/16/22 | ATF | |
| | *Arresting officer's signature* | |
| | | |
| | *Printed name and title* | |